No. 415, Misc. ANDREWS ET VIR *v.* BETANCOURT. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied. *Daniel M. Semel* for respondent.

No. 426, Misc. TURNER *v.* UNITED STATES ET AL. C. A. 4th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Robert G. Maysack* for the United States et al.

No. 445, Misc. PRITCHETT *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 446, Misc. VIENNE *v.* CRAVEN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 447, Misc. MAGBY *v.* PATE, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 452, Misc. ROSA *v.* FOLLETTE, WARDEN. C. A. 2d Cir. Certiorari denied. *Gerald W. Griffin* for petitioner.

No. 453, Misc. MORTON *v.* AVERY, CORRECTION COMMISSIONER. C. A. 6th Cir. Certiorari denied.

No. 454, Misc. TOLIVER *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 456, Misc. WILLIAMS *v.* CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 470, Misc. MACEY *v.* SCAFATI, CORRECTIONAL SUPERINTENDENT. C. A. 1st Cir. Certiorari denied.